# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TRAVIS BRUNET,
Individually and on behalf
of all others similarly situated,

       Plaintiff,

v.                                                             No. CV 21-299 CG/GBW

GB PREMIUM OCTG SERVICES, LLC,

       Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO TRANSFER VENUE

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion to Transfer Venue* (the "Motion"), (Doc. 13), filed May 10, 2021. In the Motion, Defendant explains this case must be transferred pursuant to 28 U.S.C. § 1404(a) "given the Independent Contractor Agreement (the "Agreement") executed by Plaintiff . . . containing a mandatory forum-selection clause mandating all litigation arising under or relating to the Agreement be filed in the state or federal courts located in Harris County, Texas." *Id.* at 1. Defendant states Plaintiff is unopposed to the Motion. *Id.* at 1, 7. As such, Defendant requests the Court transfer the case to the United States District Court for the Southern District of Texas, Houston Division. *Id.* at 1, 6. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-captioned case shall be and is hereby transferred to the United States District Court for the Southern District of Texas, Houston Division.

**IT IS FURTHER ORDERED** that the Clerk is **DIRECTED** to transfer this case to

the United States District Court for the Southern District of Texas, Houston Division.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE