United States District Court
Southern District of Texas
**ENTERED**
September 27, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TRAVIS BRUNET,** § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01600 |
| § § | |
| **GB PREMIUM OCTC SERVICES, LLC,** § § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Defendant GB Premium OCTG Services, LLC's (GB's) motion to compel arbitration of opt-in Plaintiff Michael Miller and dismiss judicial proceedings with respect to Miller's claims. ECF No. 83. The Motion had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On September 12, 2022, Judge Palermo issued the Report and Recommendation on Defendant's Motion, recommending that the Motion be granted, Miller be compelled to arbitrate, and Miller's claims against GB be dismissed. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on September 27, 2022.

Keith P. Ellison
United States District Judge