# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TRAVIS BRUNET, Individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> GB PREMIUM OCTG SERVICES LLC <br><br> *Defendant*. | Civil Action No. 4:21-CV-01600 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

Plaintiff Travis Brunet and Defendant GB Premium OCTG Services LLC (collectively as "the Parties") have reached a settlement in principle. The parties anticipate filing a stipulation of dismissal with prejudice within thirty (30) days of the filing of this Notice.

DATED: March 1, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ANDERSON ALEXANDER, PLLC | SEYFARTH SHAW LLP |
| By: */s/ Clif Alexander (with permission)* | By: */s/ Annette A. Idalski* |
| Clif Alexander<br>Texas Bar No. 24064805<br>Austin W. Anderson<br>Texas Bar No. 24045189<br>Lauren E. Braddy<br>Texas Bar No. 24071993<br>Alan Clifton Gordon<br>Texas Bar No. 00793838<br>Carter T. Hastings<br>Texas Bar No. 24101879<br>101 N. Shoreline Dr., Suite 610<br>Corpus Christi, Texas  78401<br>clif@a2xlaw.com<br>austin@a2xlaw.com<br>lauren@a2xlaw.com<br>cgordon@a2xlaw.com<br>carter@a2xlaw.com<br><br>ATTORNEYS FOR PLAINTIFF<br>TRAVIS BRUNET | Annette A. Idalski<br>Texas Bar No. 00793235<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia  30309-3958<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056<br>aidalski@seyfarth.com<br><br>ATTORNEY-IN-CHARGE FOR DEFENDANT<br>GB PREMIUM OCTG SERVICES, LLC<br><br>Kathryn C. Palamountain<br>Texas Bar No. 24061004<br>S.D. I.D. No. 892855<br>700 Milam Street, Suite 1400<br>Houston, Texas  77002<br>Ph:  (713) 225-2300<br>Fax:  (713) 225-2340<br>cpalamountain@seyfarth.com<br><br>Kyle D. Winnick<br>620 Eighth Avenue,<br>New York, New York 10018<br>Ph:  (212) 218-5510<br>kwinnick@seyfarth.com<br><br>OF COUNSEL FOR DEFENDANT<br>GB PREMIUM OCTG SERVICES, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2024, the foregoing Notice of Settlement was filed via the Court's ECF filing system sending a text copy of the same to all counsel of record.

**SEYFARTH SHAW LLP**

By: /s/ *Annette A. Idalski*
Annette A. Idalski