# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TRAVIS BRUNET, § § Plaintiff, § § v. § § GB PREMIUM OCTG SERVICES, LLC, § § Defendant. § § § | CIVIL ACTION NO. 4:21-cv-01600-KPE-DHP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Travis Brunet ("Plaintiff") and Defendant GB Premium OCTG Services, LLC ("Defendant") file this Joint Stipulation of Dismissal with Prejudice and state as follows:

Plaintiff and Defendant hereby agree and stipulate to dismissal of this action with prejudice, with each party to bear his/its own costs and attorneys' fees.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

DATED: March 28, 2024

Respectfully submitted,

ANDERSON ALEXANDER, PLLC

By: */s/ Clif Alexander*
    Clif Alexander
    Texas Bar No. 24064805
    Austin W. Anderson
    Texas Bar No. 24045189
    Lauren E. Braddy
    Texas Bar No. 24071993
    Alan Clifton Gordon
    Texas Bar No. 00793838
    Carter T. Hastings
    Texas Bar No. 24101879
    101 N. Shoreline Dr., Suite 610
    Corpus Christi, Texas 78401
    clif@a2xlaw.com
    austin@a2xlaw.com
    lauren@a2xlaw.com
    cgordon@a2xlaw.com
    carter@a2xlaw.com

    ATTORNEYS FOR PLAINTIFF
    TRAVIS BRUNET

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Annette A. Idalski (with permission)*
    Annette A. Idalski
    Texas Bar No. 00793235
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056
    aidalski@seyfarth.com

    ATTORNEY-IN-CHARGE FOR
    DEFENDANT
    GB PREMIUM OCTG SERVICES, LLC

    Kathryn C. Palamountain
    Texas Bar No. 24061004
    S.D. I.D. No. 892855
    700 Milam Street, Suite 1400
    Houston, Texas 77002
    Ph: (713) 225-2300
    Fax: (713) 225-2340
    cpalamountain@seyfarth.com

    Kyle D. Winnick
    620 Eighth Avenue,
    New York, New York 10018
    Ph: (212) 218-5510
    kwinnick@seyfarth.com

    OF COUNSEL FOR DEFENDANT
    GB PREMIUM OCTG SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. A separate copy of this motion and its exhibits were also served on counsel via email.

/s/ <i>Clif Alexander</i><br>
Clif Alexander